*IN THE SUPREME COURT, STATE OF WYOMING*

**2021 WY 31**

*October Term, A.D. 2020*

*February 18, 2021*

MELVIN BLANE LONG,

**Appellant**
**(Defendant),**

**v.**                                              **S-20-0214**

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

ORDER AFFIRMING "ORDER REVOKING PROBATION"

[¶ 1]   **This matter** came before the Court following notification that Appellant has not file a *pro se* brief in the time allotted. Appellant filed this appeal to challenge the district court's September 21, 2020, "Order Revoking Probation." The district court revoked probation and imposed a three to five-year sentence for strangulation of a household member. Wyo. Stat. Ann. § 6-2-509.

[¶ 2]   On December 1, 2020, Appellant's court-appointed appellate counsel e-filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). This Court subsequently entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief." This Court permitted Appellant to file a "*pro se* brief specifying the issues he would like the Court to consider in this appeal." Appellant has not filed a *pro se* brief or other pleading in the time allotted.

[¶ 3]   Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's "Order Revoking Probation" should be affirmed. It is, therefore,

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Melvin Blane Long, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** that the Sheridan County District Court's September 21, 2020, "Order Revoking Probation" be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 18th day of February, 2021.

BY THE COURT:

/s/

**MICHAEL K. DAVIS**
**Chief Justice**